FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA W.,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,[1]<br><br>        Defendant. | No. 2:24-CV-00424-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>**ECF No. 15** |

**BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 15. Attorney Christopher H. Dellert represents Plaintiff; Special Assistant United States Attorney John B. Drenning represents Defendant. After considering the file and proposed order, **IT IS ORDERED:**

    1.    The parties' Stipulated Motion to Remand, **ECF No. 15**, is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative action pursuant to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, Commissioner of Social Security, is substituted as the named Defendant.

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

sentence four of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge shall:  (1) reconsider the medical opinions and prior administrative medical findings, including the examinations and opinions of William Drenguis, M.D., and Zachary Brown, DPT; (2) reevaluate Plaintiff's subjective complaints; (3) reassess Plaintiff's residual functional capacity, as needed; (4) continue with the sequential evaluation; (5) offer Plaintiff the opportunity for a new hearing; (6) take any further action needed to complete the administrative record; and (7) issue a new decision.

      2.      **Judgment shall be entered for PLAINTIFF**.

      3.      Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

      4.      An application for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED May 27, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2